UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80763-CIV-HURLEY/HOPKINS

ASHLY SIMPSON,

  Plaintiff,

v.

ISLAND COMPANY, LLC, et al.,

  Defendants.
_____/

CLOSED CASE

ORDER APPROVING SETTLEMENT AGREEMENT, DISMISSING COMPLAINT
WITH PREJUDICE, AND CLOSING CASE

**THIS CAUSE** is before the court upon the parties' joint motion for approval of settlement agreement and stipulation for dismissal with prejudice of this FLSA case [DE # 47].

Having reviewed the stipulation and the proposed settlement agreement, it is hereby **ORDERED** and **ADJUDGED** that:

1. The joint motion for approval of settlement agreement [DE # 47] is **GRANTED.**

2. All claims in this matter are **DISMISSED WITH PREJUDICE.**

3. All motions not otherwise ruled upon are **DENIED AS MOOT.**

4. There being nothing further for the court to resolve, the Clerk of the Court is directed to mark this case as **CLOSED.**

5. The court retains jurisdiction over this matter for the limited purpose of enforcing the parties' settlement agreement.

Order Approving Settlement Agreement, Dismissing Complaint with Prejudice, and Closing Case
Simpson v. Island Company, LLC et al.
Case No. 07-80763-CIV-HURLEY/HOPKINS

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _11th_ day of February, 2008.

*[signature]*
Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*